1
2
3
4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   CINDY LAURAL MONTEITH,              Case No.18-cv-04481-DMR

8              Plaintiff,

9        v.                            **ORDER RE APPLICATION TO
                                       PROCEED IN FORMA PAUPERIS**
10  COMMISSIONER OF SOCIAL
    SECURITY,

11             Defendant.

12

13      (X)    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.

14      (X)    The complaint having been found to comply with Title 28 USC § 1915, IT IS

15  FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the

16  U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of

17  the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order

18  upon the defendant.

19      ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and

20  that the filing fee of $400.00 be paid no later than _____.  Failure to pay the filing fee by

21  that date will result in dismissal for the above- entitled action without prejudice.  The plaintiff is

22  hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling

23  orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a

24  continuing obligation to keep the Court informed of his or her current address.  Failure to do so

25  may result in dismissal of this action.

26      ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and

27  the plaintiff is further ordered that:

28             ( )    Filing fee waived in part:  partial payment of $_____ due on

United States District Court
Northern District of California

1    _____, remaining balance to be waived.

2         ( )    Partial payment of $_____ due on _____, remaining balance

3    due and payable on _____.

4         ( )    Partial payment of $_____ due on _____, remaining balance

5    due in installments as follows _____.

6    Failure to pay this amount will result in dismissal of the above-entitled action without

7    prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any

8    amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil

9    Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current

10   address.  Failure to do so may result in dismissal of this action.

11   Dated:  August 3, 2018

12   _____

13   DONNA M. RYU
     United States Magistrate Judge

15   (Not to be used in PRISONER OR HABEAS CORPUS CASES)

2